UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MURGUIA, for himself and for the Estates of Mason and Maddox Murguia,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER LANGDON, et al.,<br><br>Defendants. | Case No.  1:19-cv-00942-ADA-BAM<br><br>**NOTICE OF DOCKET CORRECTION** |

NOTICE OF DOCKET CORRECTION

The parties are HEREBY NOTIFIED that the Court's docket has been corrected to reflect the mailing address of Defendant Heather Langdon as:

> Heather Langdon
> 36714 Road **112**
> Visalia, CA  93291

The parties are directed to update their records accordingly.  City of Tulare Defendants are further directed to serve their pending Motion for Stay Pending Petition for Review Before Supreme Court (Doc. 71) on Defendant Langdon at the updated address and file proof of such service with the Court.

Within **five (5) days** of the date of this Order, the parties shall notify the Clerk of the Court in writing of Defendant Langdon's last known mailing address if that address differs from the Court's updated docket.

IT IS SO ORDERED.

Dated:   **August 23, 2023**              /s/ *Barbara A. McAuliffe*           
                                    UNITED STATES MAGISTRATE JUDGE

1