UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MURGUIA, for himself and for the Estates of Mason and Maddox Murguia,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER LANGDON, et al.,<br><br>Defendants. | Case No. 1:19-cv-00942-ADA-BAM<br><br>**ORDER DIRECTING CLERK OF COURT TO UPDATE ADDRESS FOR DEFENDANT HEATHER LANGDON** |

On August 23, 2023, the docket in this action was corrected to reflect the mailing address of Defendant Heather Langdon in Visalia, California. However, the parties were directed to notify the Clerk of Court in writing if Defendant Langdon's last known mailing address differed from the Court's updated docket. (Doc. 74.)

On August 24, 2023, Defendant County of Tulare provided possible contact information for Defendant Heather Langdon (also known as Heather Murguia). (Doc. 75.) Defendant County of Tulare indicated that according to the case of the *People of the State of California v. Heather Marie Murguia*, Tulare County Superior Court Case Number PCF373890, as of January 2023, Defendant Langdon (Murguia) was located at the California Department of State Hospitals in Patton. Counsel for Defendant County of Tulare contacted the hospital and was informed to address mail to patient Heather Marie (Langdon) Murguia as follows:

> Patient Name: Heather Murguia
> PAT No.: 175558-6
> c/o Patton State Hospital
> 3102 East Highland Avenue
> Patton, CA 92369

1

Based on the information provided by Defendant County of Tulare, the Clerk of the Court is directed to update the docket to reflect the mailing address of Defendant Langdon at Patton State Hospital.[1]  (*See* Doc. 75 at p. 2.)

Defendant Langdon is notified that she is required to keep the Court apprised of her current address at all times.  Local Rule 183(b) provides, "**Address Changes.**  A party appearing in propria persona shall keep the Court and opposing parties apprised as to his or her current address."  Further, Local Rule 110 provides that the failure of a party to comply with the Local Rules or with any order of the Court may be grounds for the imposition by the Court of sanctions.

IT IS SO ORDERED.

Dated:   **September 19, 2023**           /s/ Barbara A. McAuliffe           
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court also may judicially notice the records and filings of other court proceedings. *See Bias v. Moynihan*, 508 F.3d 1212, 1225 (9th Cir. 2007); *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 802 n.2 (9th Cir. 2002); *Kasey v. Molybdenum Corp. of Amer.*, 336 F.2d 560, 563 (9th Cir. 1964); *Louis v. McCormick & Schmick Restaurant Corp.*, 460 F. Supp. 2d 1153, 1155 n.4 (C.D. Cal. 2006).